United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of the National Elevator Industry Health Benefit Fund,<br><br>      Plaintiff,<br><br>      v.<br><br>AXA Rosenberg Group, LLC, et al.,<br><br>      Defendants.<br>_____/ | No. C 11-0897 LB<br><br>**RECUSAL ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that I hereby recuse myself in the above-mentioned case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan. All pending dates are hereby vacated will be reset by the newly assign judge.

IT IS SO ORDERED.

Dated: March 7, 2011

                                                  LAUREL BEELER
                                                  United States Magistrate Judge