1  MAYER BROWN LLP
   Lee H. Rubin (SBN 141331)
2  Two Palo Alto Square, Suite 300
   3000 El Camino Real
3  Palo Alto, CA 94306-2112
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-2060
   lrubin@mayerbrown.com
5
   Counsel for Defendants
6  AXA Rosenberg Group LLC, AXA Rosenberg
   Investment Management LLC, and Barr
7  Rosenberg Research Center LLC

8

9                     **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12

13  THE GOVERNMENT OF GUAM            Case No. CV11-0536 (JSW)
    RETIREMENT FUND, individually, and on
14  behalf of all others similarly situated,   **[PROPOSED] ORDER GRANTING
                                        ADMINISTRATIVE MOTION TO
15              Plaintiff,              RELATE CASES**

16       v.

17  AXA ROSENBERG GROUP LLC, AXA
    ROSENBERG INVESTMENT
18  MANAGEMENT LLC, and BARR
    ROSENBERG RESEARCH CENTER LLC
19
                Defendants.
20

21

22

23

24

25

26

27

28

The Court, having considered Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC's Administrative Motion to Relate Cases, the supporting Declaration of Lee H. Rubin, and the parties' Stipulation in Support of Administrative Motion to Relate Cases, and for good cause shown, HEREBY ORDERS THAT:

The Administrative Motion is GRANTED. The case captioned *The Board of Trustees of the National Elevator Industry Health Benefit Fund v. AXA Rosenberg Group LLC, et al.*, Case No. CV11-0897, filed on February 24, 2011, and currently pending before the Honorable Claudia Wilken of the United States District Court for the Northern District of California, Oakland Division, is deemed related to the above-captioned matter.

IT IS SO ORDERED.

Date: March 18, 2011

_____
Honorable Jeffrey S. White
United States District Judge